JULIUS LIPMAN et al., Respondents, *v.* WILLIAM A. MATHESIUS, Impleaded, etc., Appellant.

(Argued June 18, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made November 11, 1892, which affirmed an order of Special Term

confirming the report of a referee appointed in proceedings for the distribution of surplus moneys.

*H. B. Closson* for appellant.

*E. A. Jacob* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.